# Court of Appeals
# of the State of Georgia

ATLANTA,___April 24, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0340. LARRY BOYD v. THE STATE.

Larry Boyd was convicted of armed robbery in 1994, and we affirmed his conviction in an unpublished opinion. *Boyd v. State*, 219 Ga. App. XXVI (1995). Boyd subsequently filed two motions to vacate, set aside, modify or correct his sentence. The trial court denied the motions, and we dismissed one appeal and affirmed the other.[1] In this latest appeal, Boyd has filed an application for discretionary appeal, seeking to appeal the trial court's order denying yet another motion to correct void sentence. As such order is directly appealable, this Court ordinarily would grant the application in accordance with OCGA § 5-6-35 (j). However, the application must still be timely.

Here, Boyd was required to file his application within 30 days after the entry of the appealable order, and this Court lacks jurisdiction to consider an untimely application.[2] However, although Boyd included with his March 27, 2015 application materials a copy of the trial court's order, signed on February 20, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e). A stamped "filed" copy is required in order for this Court to ascertain that the application was filed within 30 days after entry of the appealable order. On March 31, 2015 this Court ordered Boyd to supplement his application within 10 days with a stamped "filed" copy of the order

---

[1] *Boyd v. State*, 253 Ga. App. 238 (558 SE2d 787) (2002); *Boyd v. State*, Case No. A05A1332 (August 5, 2005).

[2] See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).

to be appealed.  We noted that failure to comply with this directive would result in dismissal of the application.  On April 14, 2015, Boyd submitted another copy of the order at issue, but it also is not stamped "filed."  Thus, Boyd has not filed a stamped "filed" copy of the order within the additional time allowed. Accordingly, this application is hereby  DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____04/24/2015____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*